# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER DUFRENE (#102405)

CIVIL ACTION

VERSUS

16-49-SDD-EWD

MRS. BEEN

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 24, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's action shall be dismissed with prejudice as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. 1915(e) and 1915A.

Baton Rouge, Louisiana the 16 day of May, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.
[3] Rec. Doc. 6.